**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------
ERNEST J. GILMORE,

                Plaintiff,

     v.                                                     No. 06-CV-1556
                                                                 (LEK/DRH)

ADIRONDACK TRAILWAYS,

                Defendant.
-------------------------------------------------------------------------

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

      The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

      **ORDERED** that:

           1. The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

           2. The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the plaintiff by regular mail and the attorney for defendant by electronic mail.

**IT IS SO ORDERED.**

DATED: June 13, 2007
       Albany, New York

Lawrence E. Kahn
U.S. District Judge